UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dezeray M. Roblero-Barrios, | Civil 11-2281 MJD/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Minnesota Department of Corrections, et al., | |
| Defendants. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated September 27, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that all claims presented in Plaintiff's complaint, except for Plaintiff's Eighth Amendment claim against Defendant Dan Krippner, are DISMISSED pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

DATED: October 28, 2011.          s/Michael J. Davis
at Minneapolis, Minnesota          CHIEF JUDGE MICHAEL J. DAVIS
                                   United States District Court