UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dezeray M. Roblero-Barrios,                       Civil 11-2281 MJD/FLN

    Plaintiff,

    v.                                             O R D E R

Dan Krippner,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 24, 2012, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Plaintiff's motion for default judgment [#9] is DENIED.

DATED: February 24, 2012.        s/Michael J. Davis
at Minneapolis, Minnesota        CHIEF JUDGE MICHAEL J. DAVIS
                                                 United States District Court