UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dezeray M. Roblero-Barrios,            Civil 11-2281 MJD/FLN

    Plaintiff,

v.                                   O R D E R

Dan Krippner,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 6, 2013, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment (ECF No. 34 ) **is GRANTED**;

2. This matter is **DISMISSED WITHOUT PREJUDICE;**

**JUDGMENT IS ENTERED ACCORDINGLY.**

DATED: March 1, 2013.          s/Michael J. Davis
at Minneapolis, Minnesota        Michael J. Davis
                                        Chief Judge
                                        United States District Court